**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24799/163079100

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lindsay A. Zuelke<br>       Debtor.<br>────────────────────────<br>Mortgage Electronic Registration Systems as nominee for BAC Home Loans Servicing, LP<br>       Movant,<br>  vs.<br><br>Lindsay A. Zuelke, Debtor, Lothar Goernitz, Trustee.<br><br>       Respondents. | No. 2:09-bk-22786-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 20, 2007 and recorded in the office of the Mohave County Recorder wherein Mortgage Electronic Registration Systems as nominee for BAC Home Loans Servicing, LP is the current beneficiary and Lindsay A. Zuelke has an interest in, further described as:

> Lots 25 thru 27, Block 54, GREATER KINGMAN ADDITION, UNIT 2, according to the Plat thereof recorded January 30, 1929, in the office of the Recorder of Mohave County, Arizona; EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 320 of Deeds, page 858, records of Mohave County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT